IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

DARREL B. TWOMBLY,

           Defendant.

4:21CR3125

**ORDER**

At the conclusion of the hearing held on May 10, 2022, I stated my conclusions on the record and my decision to recommend that the motion to suppress be denied. In accordance with that announcement,

IT IS RECOMMENDED to the Honorable John M. Gerrard, United States District Judge, , that the motion to suppress, (Filing No. 31), be denied in all respects.

FURTHER, IT HEREBY IS ORDERED,

1. The clerk shall cause a transcript of the hearing to be prepared and filed.

2. Counsel are given fourteen (14) days from the date the transcript is available to counsel for reading in the clerk's office in which to file objections to this recommendation. The parties are notified that failure to object may be deemed a waiver of the right to appeal the district judge's adoption of the recommendation.

3. Trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on June 13, 2022, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at commencement of trial.

Dated this 10th day of May, 2022.        BY THE COURT:

                                                    *s/ Cheryl R. Zwart*
                                                    United States Magistrate Judge