IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DARRELL TWOMBLY,<br><br>    Defendant. | 4:21CR3125<br><br>**ORDER** |

  Defendant has moved for additional time to file an objection to the Findings and Recommendation on his motion to suppress, (Filing No. 46), because Defendant needs additional time to discuss the objections with his counsel. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

  IT IS ORDERED:

1) Defendant's motions to continue the deadline for filing his objections to the Findings and Recommendation on his motion to suppress, (Filing No. 46), is granted. Any such objections shall be filed on or before July 5, 2022.

2) The trial of this case is continued and will be held before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, 100 Centennial Mall North, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on August 15, 2022, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at commencement of trial.

3) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and August 15, 2022, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to

timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

June 14, 2022.                              BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge